King, receiver, *v.* Shepard & Company.

Lumpkin, P. J.   1. An agreement in writing containing admissions of fact, though made for the purposes of a particular trial and afterwards withdrawn, is nevertheless admissible in evidence against the party making such agreement, in favor of the opposite party, in a subsequent trial of the same case.   Such agreement is not, however, absolutely binding and conclusive upon the party by whom it was signed; but it is his right to disprove, rebut or explain any statement therein contained.   See *Luther* v. *Clay,* 100 *Ga.* 236.

2. The evidence warranted the judgment rendered by the judge, who by consent tried this case without the intervention of a jury, and it will not be disturbed by this court.

*Judgment affirmed. All concurring, except Cobb, J., absent.*

Submitted February 23, — Decided March 25, 1898.

Petition.   Before Judge Henry.   Floyd superior court. January term, 1897.

*Fouche. & Fouche,* for plaintiff in error.
*C. N. Featherston,* contra.